# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
08/02/2022
CT Log Number 542042344

## Service of Process Transmittal Summary

**TO:** CATHY SCHUDA
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** Process Served in Illinois

**FOR:** Target Corporation  (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ZACHARY CORN, individually and on behalf of all others similarly situated // To: Target Corporation |
| **CASE #:** | 2022CH06883 |
| **NATURE OF ACTION:** | Product Liability Litigation - Breach of Warranty |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/02/2022 at 08:25 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/03/2022, Expected Purge Date: 08/08/2022 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Aug 2, 2022
**Server Name:** Sheriff Drop

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | 2022CH06883 |
| Jurisdiction | IL |

| Inserts |
|---|
|   |

