IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

**Zachary Corn**
Plaintiff(s),

v.

Target Corporation
Defendant(s).

Case No. 22 C 4700
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: No supplemental briefs have been filed by either party on the jurisdictional defects identified by the Court's May 11, 2023 order [51]. The Clerk shall remand this case to the Cook County Circuit Court for further proceedings. All pending motions are terminated as moot in light of the Court's lack of jurisdiction. Civil case remanded.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins.

Date: 6/2/2023

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes, Deputy Clerk